AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Ren<br>*Plaintiff*<br>v.<br><br>Qiao Kitchen LLC et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26-cv-03119-D |

## Summons in a Civil Action

**TO:** PengQiao LLC

*doing business as* FatNi BBQ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Tiffany Troy
41-25 Kissena Blvd, #1A
Flushing , NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

DATE: 09/17/2026

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:26-CV-03119-D

Plaintiff: **Xiaoling Ren, on behalf of herself and others similarly situated**
vs.
Defendant: **Qiao Kitchen, LLC d/b/a FatNi BBQ, Pengqiao LLC d/b/a FatNi BBQ, Xiaopeng Zhou, and Guiqiao Chen**

For:
Troy Law, PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355

Received by Richard Hayden Humphries on the 24th day of September, 2026 at 4:00 pm to be served on **PengQiao LLC by serving its Managing Member, Xiaopeng Zhou, 13092 Avanti Drive, Frisco, Collin County, TX 75035**.

I, Richard Hayden Humphries, do hereby affirm that on the **25th day of September, 2026** at **6:51 pm, I:**

served a **BUSINESS ENTITY** by personally delivering a true copy of the **Summons in a Civil Action and 29 U.S.C. § 216(b) Collective Action Complaint with Demand for Jury Trial, Consent to Become Party Plaintiff, Document Preservation Demand, Notice of Lien and Assignment, Civil Cover Sheet,** with the date of service endorsed thereon by me, to: **Xiaopeng Zhou** as **Managing Member** for **PengQiao LLC**, at the address of: **13092 Avanti Drive, Frisco, Collin County, TX 75035**.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. The facts stated in this declaration are within my personal knowledge and are true and correct. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

*My name is Richard Hayden Humphries. I am at least 18 years old. My address is 1621 Cayman Circle, Plano, TX 75025, United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in Collin County, State of Texas, on September 28, 2026 by Richard Hayden Humphries, declarant.*

**Richard Hayden Humphries**
PSC-23457; Exp. 11/30/2027

**Austin Process LLC**
**1100 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2026009390
Ref: Ren v. Qiao Kitchen, LLC, et al.

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i